# LUCIEN A. MORIN, II
## CHAPTER 7 TRUSTEE
25 East Main Street
Rochester, New York 14614
Telephone: (585) 546-2500
Fax: (585) 546-7218
E-mail: zmcmw@aol.com

(Receipt #: 728)
(Amount: $3.31)

June 16, 2010

United States Bankruptcy Court
ATTN: Maggie Clifford
1220 U.S. Courthouse
100 State Street
Rochester, NY 14614

    RE:    Charles J. & Roseanne M. Letizia
            BK 08-22438
            Trustee Check #10031 for dividends under $5

Dear Maggie:

I enclose the Trustee's check #10031 in the amount of $3.31 for dividends under $5.00 for the following:

| Amount | Claim # | Creditor |
|---|---|---|
| $3.31 | 5 | Buffalo Wheelchair |

If you have any questions, please call.

Very truly yours,

Lucien A. Morin, II
Chapter 7 Trustee

LAM/jmc
Enclosure